# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN



UNITED STATES OF AMERICA

v.

William Lonsby

Case No: 11 - 20066-9

## APPOINTMENT OF FEDERAL DEFENDER OFFICE

| ☐ MULTIPLE DEFENDANT CASE | ☐ DEFENDANT IN CUSTODY |
|---|---|
| ☐ NON-ENGLISH SPEAKING | LANGUAGE: _____ |
| VIOLATION: _____ | CASE TYPE: _____ |

The defendant has qualified for the appointment of counsel under the Criminal Justice Act.

**IT IS ORDERED** that the Federal Defender Office, 613 Abbott, 5th fl., Detroit, Michigan 48226, telephone number **(313) 967-5555**, is appointed to represent this defendant in this case, unless the appointment is terminated by (1) Order of the Court, (2) appointment of substitue counsel, or (3) appearance of retained counsel.

**NEXT COURT DATE:** _____

Dated: 7/13/12

_____
United States District Judge/Magistrate Judge

AUSA Assigned: _____

## PARTIAL PAYMENT ORDER

**IT IS ORDERED** that partial payment be made by the defendant in the amount of _____ monthly, commencing on _____, until this case is terminated or otherwise ordered by the Court. Payment shall be made to the **Clerk of the Court, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.**

Defendant's Name, Address & Telephone Number:

_____
United States District Judge/Magistrate Judge

_____
Defendant's Signature

EDM 0044
01/95

ORIGINAL